**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

**DWIGHT PURK, et al.,**

                          **Plaintiffs,**        Case No. C-3-03-cv-287

**-vs-**

                                       **District Judge Thomas M. Rose**

**UNITED STATES OF AMERICA, et al.,**

                          **Defendants.**

_____

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATIONS OF THE CHIEF MAGISTRATE JUDGE (DOC. #79) OVERRULING OBJECTIONS (DOC. #80) DENYING MOTION TO REOPEN (DOC. #78)**
_____

       This matter comes before the Court pursuant to Objections (Doc. #80) to the Report and Recommendation of Chief Magistrate Judge Michael Merz (Doc. #79) recommending that Intervening Plaintiff's Motion to Reopen (Doc. #78) be denied.

       The Court has reviewed the comprehensive findings of the Magistrate Judge and pursuant to 28 U.S.C. Section 636(b) and Fed. R. Civ. P. 72(b), this Court has made a de novo review of the record in this case.  Upon consideration of the foregoing, the Court finds the Objections are not well-taken and are hereby OVERRULED.

       The Court concurs that the present Motion restates the law and arguments already considered by this Court in ruling on the Defendant's Motion to Dismiss.

.      The Court ADOPTS the Chief  Magistrate Judge's Report and Recommendations in their entirety and DENIES the Intervening Plaintiff's Motion to Reopen.

  IT IS SO ORDERED

June 8, 2006          **s/Thomas M. Rose**

                _____
                 THOMAS M. ROSE
               UNITED STATES DISTRICT JUDGE